IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL FONTES,

      Appellant,

v.

           Case No.    5D21-2805
           LT Case No. 2020-CF-000257-E

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed July 19, 2022

Appeal from the Circuit Court
for Hernando County,
Daniel B. Merritt, Jr., Judge.

Matthew J. Metz, Public Defender, and
Darnelle P. Lawshe, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Deborah A. Chance,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

HARRIS, SASSO and TRAVER, JJ., concur.